UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MIGUEL ZEPEDA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RIVERSIDE COUNTY SHERIFF AND CORONER, et al.,<br><br>　　　　Defendants. | No. ED CV 22-254-MWF (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

　　　ACCORDINGLY, IT IS ORDERED:

　　　1.　The Report and Recommendation is accepted.

　　　2.　Judgment shall be entered consistent with this Order.

　　　3.　The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: June 24, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Michael W. Fitzgerald
　　　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE