JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MIGUEL ZEPEDA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>RIVERSIDE COUNTY SHERIFF AND CORONER, et al.,<br><br>　　　　Defendants. | No. ED CV 22-254-MWF (PLA)<br><br>**JUDGMENT** |

　　　Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

　　　IT IS ADJUDGED that the action is dismissed without prejudice for failure to prosecute and to follow court orders.

DATED: June 24, 2022

　　　　　　　　　　　　　　　　　　　　　　　／s／ Michael W. Fitzgerald
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE